**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Marlon Santiago Toapanta Lasso

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00665-DWF-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is **GRANTED**.

2. The Court **DECLARES** that Petitioner's current detention is unlawful under the Constitution and laws of the United States.

3. Respondents are **ORDERED** to release Petitioner from custody immediately.

4. Within three (3) days of the date of this Order, the Government shall provide the Court with a status update confirming Petitioner's release.

5. Respondents are directed to release Petitioner with all personal documents and belongings, such as his driver's license, employment authorization, passport other immigration documents, and cell phone, and without conditions such as ankle monitors or

tracking devices.

6. Respondents are **ENJOINED** from re-detaining Petitioner under this same statutory theory, absent materially changed circumstances.

Date: 1/30/2026

KATE M. FOGARTY, CLERK